IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARACELI MENDOZA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-3353 |
| | § | |
| CERTIFIED EMS, INC., dba CPNS STAFFING AND dba CPNS RESOURCES, and GASAT SERRANO, INDIVIDUALLY, and GODSON UCHENNA KANU aka UCHE KANU, INDIVIDUALLY, | § § § § § § | |
| Defendants. | § § | |

## JOINT NOTICE OF SETTLEMENT

The parties advise the Court that the case has settled and formal dismissal paperwork will be submitted by the end of 2017.

Respectfully submitted,                                   Respectfully submitted,


/s/ Mark Siurek (w/perm.)                            /s/ Edwin Sullivan
Mark Siurek                                                     Edwin Sullivan
State Bar No. 18447900                                 State Bar No. 24003024
S.D. Tex. ID No. 13941                                  S.D. Tex ID. No. 24524
Warren & Siurek                                             OBERTI SULLIVAN LLP
3334 Richmond, Suite 100                           712 Main Street, Suite 900
Houston, TX 77098                                         Houston, TX 77002
(713) 522-0066– Telephone                        (713) 401-3555 – Telephone
(713) 522-9977 – Facsimile                          (713) 401-3547 – Facsimile
msiurek@warrensiurek.com                       ed@osattorneys.com – E-mail

ATTORNEYS FOR PLAINTIFF                    ATTORNEYS FOR DEFENDANTS