United States District Court
Southern District of Texas
**ENTERED**
December 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ARACELI MENDOZA, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | C. A. No. H-16-3353 |
| § | |
| CERTIFIED EMS INC., ET AL, § | |
| § | |
| Defendant. § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The parties have reached a settlement in this cause of action. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on December 5, 2017.

Frances H. Stacy
U. S. Magistrate Judge